UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on behalf of A.A., Jr., | CASE NO. CV F 13-1777 LJO BAM<br>**NEW CASE NO. CV F 13-1777 AWI SMS** |
| Plaintiffs, | **ORDER TO RELATE ACTIONS AND TO REASSIGN JUDGES** |
| vs. | (Doc. 1.) |
| CLOVIS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants._____/ | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *A.A. and L.A. on behalf of A.A., Jr. v. Clovis Unified School District, et al.*, Case No. CV F 13-1043 LJO SMS.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

1  On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Sandra M. Snyder with a new **CASE NO. CV F 13-1777 AWI SMS**.  All documents shall bear the new **CASE NO. CV F 13-1777 AWI SMS** and the reassignment to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

Dated:   **November 7, 2013**          **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE