UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on behalf of A.A., Jr.,<br><br>　　　　　　Plaintiffs<br><br>　　　v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIRAL EDUCATION FOR CLOVIS USD,<br><br>　　　　　　Defendants | CASE NO. 1:13-CV-1777 AWI SMS<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 12, 2013 |

　　Plaintiffs have filed a motion for temporary restraining order. Doc. 9. As part of the filing, Plaintiffs have set a hearing for 8:30 AM, on Tuesday, November 12, 2013. Under the local rules of the Eastern District of California, only the court sets the time and location of hearings in motions for temporary restraining orders. See Local Rule 231(a). Thus, the hearing of November 12, 2013 is VACATED.

IT IS SO ORDERED.

Dated:   November 8, 2013                    _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE