Sue Ann Cercone, No. 133523
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Karen E. Samman, No. 214220
FAGEN, FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 95607
Telephone:  (510) 550-8200
Facsimile:  (510) 550-8211

Attorneys for: Defendants  CLOVIS UNIFIED SCHOOL DISTRICT; CLOVIS SELPA, erroneously sued as a separate public entity; and, MARY BASS, in her personal Official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION FOR CLOVIS USD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| AA. and L.A. on their own behalf and on behalf of A.A., Jr.,<br><br>            Plaintiff,<br><br>vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR OF SPECIAL EDUCATION FOR CLOVIS USD,<br><br>            Defendants.<br>_____ | Case No. 1:13-cv-01777-AWI-SMS<br><br>**STIPULATION FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF; ORDER THEREON** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

1. Given the upcoming holiday season and scheduling conflicts with the attorneys of record herein, the parties hereby agree to continue Defendants' currently pending Motion to Dismiss scheduled to be heard on January 6, 2014 to **January 27, 2014, at 1:30 p.m., in Courtroom 2.**

2. In accordance with the January 27, 2014 hearing date, Plaintiffs' Opposition to the Motion will now be due on January 13, 2014, and Defendants' Reply will be due on January 17, 2014.

Dated: December 17, 2013.  MARDEROSIAN, RUNYON,
 CERCONE & COHEN


 By: /s/ Sue Ann Cercone
  SUE ANN CERCONE,
  Attorney for Defendants above named.

Dated: December 17, 2013.  OFFICE OF MARIANNE MALVEAUX


 By: /s/ Marianne Malveaux
  MARIANNE MALVEAUX,
  Attorney for Plaintiffs above named.

**ORDER**

IT IS SO ORDERED.

Dated: December 17, 2013  _____
  SENIOR DISTRICT JUDGE