# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and L.A. on behalf of A.A., Jr., | 1:13-cv-01777-AWI-SMS |
| Plaintiffs, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| CLOVIS UNIFIED SCHOOL DISTRICT, MARY BASS in her personal and official capacities as SELPA ADMINISTRATOR and DIRECTOR of SPECIAL EDUCATION for CLOVIS USD, | |
| Defendants. | |

Defendants, Clovis Unified School District and Mary Bass, have filed a motion to dismiss pursuant to Federal Rule of Civil Procedure, Rules 12(b)(1), 12(b)(5), and 12(b)(6). The motion is set for hearing before this Court on Monday, January 27, 2014 at 1:30 p.m.. Plaintiffs, A.A., L.A., and A.A., Jr., filed an opposition on January 13, 2014. Defendants filed a reply on January 16, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of January 27, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  January 21, 2014

_____
SENIOR DISTRICT JUDGE